**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

| | |
|---|---|
| ANDREW FRITZ, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL WARRANTY SERVICE CORPORATION and LOWE'S HOME CENTERS, LLC,<br><br>Defendants. | Civil Case No.: 1:20-CV-02210 |

**Consent Order Setting Briefing Schedule For**
**Defendants' Motions To Compel Arbitration And**
**Related Deadlines; And Request For Relief From The**
**Deadline Imposed Under LR 23.1(B), <u>NDGa</u>**

This matter is before the Court on the Parties' Joint Stipulation To Set Briefing Schedule For Defendants' Motions To Compel Arbitration And Related Deadlines; And Requesting Relief From The Deadline Imposed Under LR 23.1(B), NDGa ("Motion"). For good cause shown, and given that the parties consent to this relief, it is ORDERED that:

1. Plaintiff's deadline to respond to Defendant FWSC's motion to dismiss is continued until 28 days after the Court rules on both Defendants' motions to compel arbitration.

2. The Parties' deadline to conduct their Fed. R. Civ. P. 26(f) early planning conference pursuant to LR 16.1 NDGa is hereby continued until 16 days after the Court rules on both Defendants' motions to compel arbitration.

3. The following briefing schedule for both Defendants' pending motions to compel arbitration:

>Plaintiff's Opposition Briefs Due: July 24, 2020

>Defendants' Reply Briefs Due: August 21, 2020

4. Plaintiff is relieved from his deadline to file a motion for class certification under LR 23.1(B), NDGa. The deadline is continued until the Court rules on any motion to dismiss, after which time, to the extent at least some of Plaintiff's claims are sustained, counsel for the Parties will meet and confer and submit to the Court a proposed briefing schedule for Plaintiff's motion for class certification for the Court's consideration.

SO ORDERED, this 29th day of June, 2020.

_____
Judge Mark H. Cohen
United States District Court
for the Northern District of Georgia

**PREPARED AND PROPOSED BY:**

        **FARUQI & FARUQI, LLP**

        s/ *Robert W. Killorin*
        Robert W. Killorin
        Ga. Bar No. 417775
        3975 Roswell Road, Suite A
        Atlanta, GA 30342
        Telephone: (404) 847-0617
        rkillorin@faruqilaw.com

        Timothy J. Peter
        **FARUQI & FARUQI, LLP**
        1617 JFK Boulevard, Suite 1550
        Philadelphia, Pennsylvania 19103
        (215) 277-5770
        tpeter@faruqilaw.com
        *Admitted pro hac vice.*

        Bonner C. Walsh
        **WALSH PLLC**
        1561 Long Haul Road
        Grangeville, Idaho 83530
        (541) 359-2827
        bonner@walshpllc.com
        *Admitted pro hac vice.*

        ***Counsel for Plaintiffs***